# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY and CATHERINE VERTINO,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | No. 2:20-cv-03174-JAK-KS<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING (DKT. 36)**<br><br>JS-6 |

Based on a review of the parties' Stipulated Request for Dismissal with Prejudice of Defendant NewRez LLC dba Shellpoint Mortgage Servicing (the "Stipulation" (Dkt. 36)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant NewRez LLC dba Shellpoint Mortgage Servicing is dismissed from the above-captioned civil action with prejudice, with each party bearing its or his own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: February 19, 2021

_____
John A. Kronstadt
United States District Judge